```
```
```
```
---
Case 4:06-cv-03270-CW   Document 19   Filed 01/17/07   Page 1 of 4

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>PERFORMANCE SYSTEMS ANALYSIS, INC., a California corporation<br><br>          Defendant. | NO.  C 06 3270 CW<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

     IT appearing that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, through their attorneys, and defendant, PERFORMANCE SYSTEMS ANALYSIS, INC., a California corporation, have stipulated that Plaintiffs have and recover judgment from Defendants and it appearing that the Stipulation is in all respects proper and that the Stipulation provides for judgment against defendant in the amount of $26,721.17,

JUDGMENT PURSUANT TO STIPULATION                    1

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, have and recover judgment against PERFORMANCE SYSTEMS ANALYSIS, INC., a California corporation, in the amount of $26,721.17 which amount is composed of the following:

a.  Contribution balances due and unpaid to Plaintiff Trust Funds for certain months since July 2006 through November 2006, in the amount of $17,917.20;

b.  Liquidated damages due and unpaid to the Plaintiff Trust Funds for the months same period in the amount of $7,306.19;

c.  Interest due pursuant to contract in the amount of $772.78;

d.  Attorneys fees due pursuant to contract in the amount of $300.00; and

e.  Costs of suit incurred in this action in the amount of $425.00.

IT IS FURTHER ORDERED AND ADJUDGED and agreed by the parties hereto that an abstract of judgment will be recorded but execution will not issue on the judgment so long as defendant fully complies with the following conditions:

1.  Defendant shall make payments of all ongoing amounts to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST FUNDS pursuant to contract between defendant and Local Union 104 of the Sheet Metal Workers' International Association for hours worked by defendant's employees, commencing with payment for December 2006, hours due on or before January 20, 2007 and continuing until the full amount of this judgment is paid.  Each of said payments will be made

JUDGMENT PURSUANT TO STIPULATION                2

1  by check payable to SHEET METAL WORKERS TRUST FUNDS and sent to the
2  administrator Associated Third Party Administrators, 1640 South Loop
3  Road, .P.O. Box 45314, Alameda, CA 94502.
4          2.   Defendant shall pay the amount of the contributions
5  under paragraph (a) in the amount of $17,917.20 in monthly installment
6  payments.  The first installment is due January 17, 2007 in the amount
7  of $4,267.20 and each subsequent installment in the amount of
8  $1,500.00, and shall be paid on the 15th of the month, until all
9  contributions have been paid.
10 Said installment payments will be made by check payable to the SHEET
11 METAL WORKERS TRUST FUNDS and sent to the collection attorney, ERSKINE
12 & TULLEY, 220 Montgomery Street, Suite 303, San Francisco, California
13 94104, Attention: Michael Carroll.
14         3.   Once the above amount of $17,917.20 is paid in full,
15 the Ways & Means Committee for Plaintiff Trust Funds will review
16 defendant's eliqibility for a reduction of the liquidated damages,
17 interest, attorneys' fees and costs owed as stated in paragraphs (b),
18 (c), (d), and (e) above.  If defendant is not eligible for a complete
19 waiver of the amounts due under paragraphs (b), (c), (d), and (e),
20 defendant shall make payment on the remaining balance of $8,803.97 in
21 as many  additional monthly installments of $1,500.00 as may be
22 required to pay the full amount of the judgment, or such lesser sum
23 agreed to by Plaintiff Trust Funds.
24         4.  Plaintiffs and Defendant each understand and agree that
25 any modification of payments must be made in writing and agreed to by
26 both the Plaintiffs and the Defendant.
27         IT IS FURTHER ORDERED AND ADJUDGED by the parties hereto
28 that upon failure of the Defendant to make any of their monthly

1 contribution payments pursuant to the collective bargaining agreement
2 as set forth in paragraph 1 above, and the monthly installment
3 payments in a timely manner as required pursuant to the terms of
4 paragraphs 2 and 3 of this stipulation, execution on the entire
5 judgment in the amount of $26,721.17 reduced by any offsets for
6 payments made, shall issue only after ten (10) days written notice to
7 the Defendant that Plaintiffs or Plaintiffs' attorney declares a
8 default and intends to file a Declaration stating that a default has
9 occurred on the part of the defendant.  Defendant waives notice of any
10 hearing held by the court upon the earlier execution of this judgment
11 or Plaintiffs' declaration.

12        This judgment shall cover only the amounts paid pursuant to
13 this stipulated judgment which is based on reports prepared by the
14 defendant.  The judgment does not include any unknown amounts due to
15 the Plaintiffs for the months set forth at (a) on page one, which may
16 be discovered at a later date, and specifically does not waive the
17 right of the Trust Funds to audit the employer for that time period
18 and collect any additional monies found delinquent as a result of an
19 audit.

20        IN WITNESS WHEREOF, plaintiffs' attorney and defendant have
21 executed this Stipulation for Judgment.

22        1/17/07
23 Dated: _____

                                        *[signature: Claudia Wilken]*
                                        _____
                                         Honorable Claudia Wilken

JUDGMENT PURSUANT TO STIPULATION                 4