```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>PERFORMANCE SYSTEMS ANALYSIS, INC., a California corporation<br><br>    Defendant. | NO. C 06 3270 CW (EMC)<br><br>ORDER OF EXAMINATION |

```
To:  Cliff Ortiz, Judgment Debtor
     Performance Systems Analysis, Inc.
     39247 Liberty Street, Suite A-4
     Fremont, CA 94538
```

You the above named judgment debtor ARE HEREBY ORDERED to appear personally on ~~August 9, 2007 at 9:00 a.m~~. August 22, 2007 at 2:00 p.m. at <u>450 Golden Gate Avenue, San Francisco, CA , 94102 Conference Room A, 15th Floor,</u> before the Magistrate Judge Edward M. Chen then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. The corporation's bylaws, share register and minute book;

ORDER OF EXAMINATION                    1

2. Title documents to all equipment and vehicles of debtor;

3. All lists and schedules of rented, leased and owned equipment of debtor;

4. Copies of all real property and personal property leases wherein debtor is a party;

5. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

6. Annual Financial Statements for the 2006 and 2007 and all monthly financial statements for 2007;

7. Federal tax returns for the last three years;

8. All bank statements, deposit slips and canceled checks for all accounts for 2006 and 2007;

9. The last tax return filed with the Franchise Tax Board;

10. Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from November 1, 2006 to date;

11. All accounts receivable lists generated by the Company from 2006 and 2007 to date;

12. Cash Disbursement Journals for 2007;

13. All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

14. All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years.

15. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

ORDER OF EXAMINATION        2

```
1          NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
2  TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3  AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4  REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5  JUDGMENT CREDITOR IN THIS PROCEEDING.
6  Dated:_____ June 25, 2007 ____
7                                  _____
                                    Magistrate Edw
8
```

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER OF EXAMINATION                         3